UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA *ex rel.*
STEVEN R. PEIKIN, M.D., *et al.*,

        Plaintiffs,

v.

SALIX PHARMACEUTICALS, INC.,

        Defendant.

UNITED STATES OF AMERICA,

        Plaintiff-Intervenor,

v.

SALIX PHARMACEUTICALS, INC.,

        Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/2016
```

12 Civ. 3870 (DLC)

**ORDER**

WHEREAS, by notice dated June 2, 2016, the United States of America has partially intervened in the above-captioned *qui tam* action as against defendant Salix Pharmaceuticals, Inc. a/k/a Salix Pharmaceuticals, Ltd., pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4).

IT IS HEREBY ORDERED that:

1. The seal shall be lifted as to this Order and any matter occurring in this action on or subsequent to the date of this Order.

2. All documents filed before June 2, 2016, in the Court's file in this action shall remain under seal and shall not be made public, except for the relators' amended complaint and

except to the extent the seal was partially lifted pursuant to the Court's prior Order dated June 9, 2015.

SO ORDERED:

Dated: New York, New York
       June  9 , 2016

_____
HON. DENISE L. COTE
UNITED STATES DISTRICT JUDGE

2