**Robert W. Sadowski**
**SADOWSKI KATZ LLP**
**11 Broadway, Suite 615**
**New York, New York 10006**
**Tel. No.: (646) 503-5348**

*Attorneys for Intervenors Sadowski Fischer PLLC, Sadowski Katz LLP, Thomas & Associates, Durrell Law Office and Gage Spencer & Fleming LLP*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *ex rel.* **STEVEN R. PEIKIN, M.D.,** *et al.* <br><br> **Plaintiffs,** <br><br> v. <br><br> **SALIX PHARMACEUTICALS, INC.,** <br><br> **Defendant.** | **12 Civ. 3870 (DLC)** |

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *ex rel.* **RASVINDER SHALIWAL,** <br><br> **Plaintiffs,** <br><br> v. <br><br> **SALIX PHARMACEUTICALS, LTD.,** <br><br> **Defendant.** | **15 Civ. 706 (DLC)** |

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>**SALIX PHARMACEUTICALS, INC.,**<br><br>Defendant. | 12 Civ. 3870 (DLC)<br><br>15 Civ. 706 (DLC) |
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff-Intervenor,<br><br>**SADOWSKI FISCHER PLLC,**<br>**SADOWSKI KATZ LLP,**<br>**DURRELL LAW OFFICES,**<br>**THOMAS AND ASSOCIATES,**<br>**GAGE SPENCER & FLEMING LLP,**<br><br>Intervenors,<br><br>v.<br><br>**SALIX PHARMACEUTICALS, INC.,**<br><br>Defendant,<br><br>**RASVINDER DHALIWAL,**<br><br>Intervenor-Defendant. | 12 Civ. 3870 (DLC)<br><br>15 Civ. 706 (DLC) |

## SECOND SUPPLEMENTAL DECLARATION OF ROBERT W. SADOWSKI

Robert W. Sadowski, an attorney in good standing in the bar of this Court and State of New York, declares under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am a partner of the law firm of Sadowski Katz LLP ("SF"), and was a partner of the law firm of Sadowski Fischer PLLC ("SK"), which firm represented Relator from January 12,

2015 until April 10, 2015 in this action.  Prior to January 2015, Relator was represented collectively by Durrell Law Offices, Thomas and Associates and Gage, Spencer & Fleming.  I submit this declaration in further support of the motion of SF, SK, Durrell Law Offices, Thomas and Associates and Gage, Spencer & Fleming LLP ("Intervenors") to intervene in the case *United States of America v. Salix Pharmaceuticals, Inc*.  Intervenors seek to file an intervenor complaint against Relator Rasvinder Dhaliwal ("Dhaliwal") to enforce liens to collect a contingency fee award and against Salix Pharmaceuticals, Inc. ("Salix") for reimbursement of reasonable attorney's fees, costs and expenses under the express fee-shifting provisions of the False Claims Act ("FCA"), 31 U.S.C. § 3730(d)(1) and (h)(1).

2. Attached hereto is a true and correct copy of the Sadowski Katz LLP invoice for fees and costs incurred from June 7, 2016 to July 26, 2016, in connection with the preparation and filing of Intervenors' motion to intervene and reply papers seeking contingency fees, attorneys' fees and costs.

Dated: New York, New York
July 26, 2016

/s/ Robert W. Sadowski

Robert W. Sadowski